RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Defendant,
*State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISRAEL GUTIERREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>        Defendants. | CASE NO.: 2:17-cv-00675-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, Israel Gutierrez, and Defendant, State Farm Mutual Automobile Insurance Company, by and through their counsel of record, Richard Harris Law Firm, for Plaintiff, and Hall Jaffe & Clayton, LLP, for Defendant, that this matter be

///
///
///
///
///
///
///
///

dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED this 6th day of April, 2017.

HALL JAFFE & CLAYTON, LLP

By  */s/ Riley A. Clayton*
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*
*State Farm Mutual Automobile Insurance Company*

DATED this 6th day of April, 2017.

RICHARD HARRIS LAW FIRM

By  */s/ Bryan H. Blackwell*
Bryan H. Blackwell, Esq.
Nevada Bar No. 12558
801 So. South Fourth St.
Las Vegas, NV 89101
*Attorney for Plaintiff*
*Israel Gutierrez*

**O R D E R**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: April 6, 2017.

2